RECEIVED
5/15/2023 KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Joshua Hoskins

_____

_____

**(Enter above the full name
of the plaintiff or plaintiffs in
this action)**

1:23-cv-03098
Judge Jorge L. Alonso
Magistrate Judge Heather K. McShain
Random Assignment
PC 6

vs.

Corey Anderson

Morris Brown

_____

_____

_____

_____

**(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")**

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Joshua Hoskins

B. List all aliases: N/A

C. Prisoner identification number: R54570

D. Place of present confinement: Dixon Correctional Center

E. Address: 2600 N. Brinton Ave Dixon I 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Corey Anderson

Title: Chicago police officer

Place of Employment: Seventh District police station

B. Defendant: Morris Brown

Title: Chicago police officer

Place of Employment: Seventh District Chicago police station

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state of federal Court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: 1:09 CV 5145 *failure to protect*

B. Approximate date of filing lawsuit: *in August of 2009 I cant Remember the exact date.*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *I Joshua Hoskins was the only plaintiff I had no co-plaintiffs.*

D. List all defendants: *Thomas Dart, thomas snooks, Leroy martaniak.*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *U.S. District Court Northern District of Illinois.*

F. Name of judge to whom case was assigned: *Blanche m. manning*

G. Basic claim made: *the case was settled out.*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *the case was settled out plaintiff (Hoskins) And the defendants came to an settlement agreement.*

I. Approximate date of disposition: *in June of 2011 I cant Remember the exact date.*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state of federal Court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: 1:09 CY 5730 Excessive force (physical Abuse).

B. Approximate date of filing lawsuit: in September of 2009 I cant Remember the exact date.

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: I Joshua Hoskins was the only plaintiff, I had no co-plaintiffs.

D. List all defendants: Thomas Dart, matthew cobble-

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District court Northern District of illinois

F. Name of judge to whom case was assigned: Blanche m. manning

G. Basic claim made: the case was settled out.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): the plaintiff (Hoskins) And the defendants came to A settlement agreement.

I. Approximate date of disposition: in June of 2011 I cant Remember the exact date.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state of federal Court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: 1:09 CV 5915 denial of medical treatment

B. Approximate date of filing lawsuit: in september of 2009 I cant Remember the exact date.

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: I Joshua Hoskins was the only plaintiff I had no co-plaintiffs.

D. List all defendants: Thomas Dart, Avery Hart, Barbara tate, Cynthia Jones Barbara Davis.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District court Northern District of illinois

F. Name of judge to whom case was assigned: Blanche m. manning

G. Basic claim made: the case was settled out between the plaintiff (Hoskins) And the defendant

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): the case was settledout, plaintiff (Hoskins) And the defendants came to a settlement Agreement

I. Approximate date of disposition: march 29, 2012

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 1:10CV00676 Physical abuse

B. Approximate date of filing lawsuit: in/on 2/2/10 I believe

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: I was the only plaintiff

D. List all defendants: Thomas Dart, S. Godinez, holmes, Manos, Jefferson, Vargas, toro, Aguirre, Beat, Devogolear

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District court N.D. Illinois

F. Name of judge to whom case was assigned: Blanche m. nunning

G. Basic claim made: the case was dismissed

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): the case was dismissed

I. Approximate date of disposition: in febrary or march 2010 I cant remember the exact month Nor date.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state of federal Court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: *Excessive force (physical Abuse) 1:10 CV00677*

B.  Approximate date of filing lawsuit: *in february 2010 I cant Remember the exact date*

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: *I Joshua Hoskins was the only plaintiff I had no co-plaintiffs*

D.  List all defendants: *Thomas Dart, Salvador Godinez, J. Ferrell, ms.cee, mr. taylor, mr. crawford, mr. Broadway, mr. Allen, mr. martin, mr. Jara.*

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *U.S. District court N.D. illinois Eastern Division*

F.  Name of judge to whom case was assigned: *Blanche m. manning*

G.  Basic claim made: *The case was dismissed.*

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *the case was dismissed for fraud. After I made a mistake by letting Another inmate instruct me tellin me not to identify Any of my lawsuits*

I.  Approximate date of disposition: *in february or march 2010 I cant Remember the exact month nor dates.*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: 1:10CV00702 Physical Abuse

B.   Approximate date of filing lawsuit: February 2, 2010

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: I was the only plaintiff

D.   List all defendants: Thomas Dart, S. Grodinez, MR. Young, MR. Broadway, MR. Taylor, Griffin, Steiman, Martinez

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court N.D. Illinois

F.   Name of judge to whom case was assigned: Blanche m.manning

G.   Basic claim made: the case was dismissed

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): the case was dismissed

I.   Approximate date of disposition: in February or March 2010, I can't remember the exact month nor date.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state of federal Court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: 1:10CV00703 Excessive force (Physical Abuse).

B.  Approximate date of filing lawsuit: in February of 2010 I can't Remember the exact date.

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: I Joshua Hoskins was the only Plaintiff I Had no co-plaintiffs

D.  List all defendants: Thomas Dart, Mr. Lofton, Mr. Nalepa, Mr. Hovel, Mr. Jara, Mr. Salvador Godinez

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District court Northern District of illinois

F.  Name of judge to whom case was assigned: Blanche M. Manning

G.  Basic claim made: the case was immediately dismissed please Review below H that states why.

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): the case was dismissed because I made a mistake and didn't identify other lawsuits (cases) and cases that was pending. being misled by another individual (inmate)

I.  Approximate date of disposition: in February or march 2010 I can't Remember the exact month and date.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: Hoskins V. DART et al. 1:10 CV00704 Physical abuse

B.  Approximate date of filing lawsuit: February 2, 2010 I believe

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: I was the only plaintiff

D.  List all defendants: thomas DArt, S. Grodinez, m.cobble, holmes, I believe those were the defendants

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District court N.D. Illinois Eastern Division

F.  Name of judge to whom case was assigned: Blanche m. manning

G.  Basic claim made: the case was dismissed

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): the case was dismissed

I.  Approximate date of disposition: in february or march 2010 I can't remember the exact month nor date.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state of federal Court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _Excessive force(physicAl abuse) 1:10CV00705_

B. Approximate date of filing lawsuit: _in februAry 2010 I cAnt Remember the exAct date_

C. List all plaintiffs (if you had co-plaintiffs, including any aliases: _I Joshua Hoskins WAS the only PlAintiff I HAd no co-plaintiffs._

D. List all defendants: _Thomas DARt, S.Godinez, mr.young, mR.NAtepA, mR. Ferrell, mR.ChARAch, mr.Griffin, mR.wRight_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District court N.D. illinois EAstern Division_

F. Name of judge to whom case was assigned: _BlAnche m.mAnning_

G. Basic claim made: _the CASe wAs dismissed._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _the CASe wAs dismissed foR fRAud, After I let Another individual instruct me on not identifying other lawsuits._

I. Approximate date of disposition: _in februAry 2010 oR in mARch 2010 I cAnt Remember the exAct month nor the dates._

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Hoskins V. DART et al. 1:10CV00706 Physical Abuse.

B. Approximate date of filing lawsuit: February 2, 2010 I believe

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: I was the only Plaintiff

D. List all defendants: Thomas Dart, Matthew Cobble, Godinez I believe those were All the defendants.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court N.D illinois Eastern Division

F. Name of judge to whom case was assigned: Blanche M.Manning

G. Basic claim made: the case was dismissed

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): the case was dismissed.

I. Approximate date of disposition: in february or March 2010, I cant remember the exact month nor date.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _12CV 4256  denial of psychotropic medication And mental health treatment And medical treatment_

B. Approximate date of filing lawsuit: _MAY 23, 2012_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _I Joshua Hoskins is the only plaintiff no co-plaintiffs_

D. List all defendants: _thomas DARt, Alexander pitts, steven young, I Siaka Adeniyi, MARilyn pennington, DARlywiley mr. murchison, ms. price, mr. Eaton, mr. A KHan_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S District court Northern District of illinois_

F. Name of judge to whom case was assigned: _Blanche m. manning_

G. Basic claim made: _the case was dismissed. still pending in the court._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _It still pending.  the case was dismissed._

I. Approximate date of disposition: _the case was dismissed on 8/9/12 still pending in the federal court_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _Hoskins v. Creech et al._
    _15-cv-1134_

B.  Approximate date of filing lawsuit: _I can't remember_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
    _was the only plaintiff_

D.  List all defendants: _Creech et al._

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District Court C.D. Ill_

F.  Name of judge to whom case was assigned: _Sue E. Myerscough_

G.  Basic claim made: _Retaliation etc. claims_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _the case was dismissed_

I.  Approximate date of disposition: _I can't remember_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Hoskins v pfister et al_
_15-cv-1181_

B. Approximate date of filing lawsuit: _I cant Remember_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_was the only plaintiff_

D. List all defendants: _pfister et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District Court C.D. Ill_

F. Name of judge to whom case was assigned: _I cant Remember_

G. Basic claim made: _failure to protect_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _the plaintiff won against a defendant_

I. Approximate date of disposition: _I cant Remember_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: *Hoskins v. Mccormick 15-cv-1182*

B.    Approximate date of filing lawsuit: *I cant Remember*

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: *was the only plaintiff*

D.    List all defendants: *Mccormick*

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *U.S. Dist court C.D. Ill*

F.    Name of judge to whom case was assigned: *Michael M. Mihm*

G.    Basic claim made: *Eighth Amendment violation*

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *the case was dismissed*

I.    Approximate date of disposition: *I cant Remember*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: *Hoskins v. Atty et al.*
*15-CV-1202*

B.  Approximate date of filing lawsuit: *I cant Remember*

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
*was the only plaintiff*

D.  List all defendants: *Atty et al.*

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *U.S. Dist court C.D. Ill*

F.  Name of judge to whom case was assigned: *Colin Starling Bruce*

G.  Basic claim made: *Retaliation etc. claims*

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *the case was dismissed*

I.  Approximate date of disposition: *I cant Remember*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Hoskins v. Prentice et al._
_15-cv-1248_

B. Approximate date of filing lawsuit: _I cant remember_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Was the only plaintiff_

D. List all defendants: _Prentice et al_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court C.D. ILL_

F. Name of judge to whom case was assigned: _James E. Shadid_

G. Basic claim made: _Eighth Amendment violation_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _the case was dismissed_

I. Approximate date of disposition: _I cant remember_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _Hoskins v. Hilden et al._
_15-CV-1249_

B.  Approximate date of filing lawsuit: _I can't Remember_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_was the only plaintiff_

D.  List all defendants: _Hilden et al._

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District court C.D. Ill_

F.  Name of judge to whom case was assigned: _Sue E Myerscough_

G.  Basic claim made: _Eighth Amendment_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _The case was dismissed_

I.  Approximate date of disposition: _I can't Remember_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Hoskins v. Dildy et al._
   _16-cv-00334_

B. Approximate date of filing lawsuit: _I cant remember_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
   _was the only plaintiff_

D. List all defendants: _Dildy et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court S.D. Ill_

F. Name of judge to whom case was assigned: _Stephen C Williams_

G. Basic claim made: _Retaliation etc claims_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _the case was dismissed_

I. Approximate date of disposition: _I cant remember_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Heskins v. Dilday et al._
_16-cv-00335_

B. Approximate date of filing lawsuit: _I cant remember_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_was the only plaintiff_

D. List all defendants: _Dilday et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court S.D. Ill_

F. Name of judge to whom case was assigned: _Stephen C. Williams_

G. Basic claim made: _Retaliation etc claims_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Case dismissed_

I. Approximate date of disposition: _I cant remember_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _Hoskins v. spiller et al._
    _16-cv-1232_

B.  Approximate date of filing lawsuit: _I cant Remember_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
    _was the only plaintiff_

D.  List all defendants: _was the only defendant  Defendant_
    _spiller et al._

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court S.D. Ill_

F.  Name of judge to whom case was assigned: _Stephen C. williams_

G.  Basic claim made: _Retaliation etc claims_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
    _case dismissed_

I.  Approximate date of disposition: _I cant Remember_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

IV.

A. Name of case And Docket number Hoskins v Dart et al.
1:16-cv-01409

B. Approximate date of filing lawsuit: cant remember

C. list all plaintiff: I was the only plaintiff

D. list all defendant: cant remember

E. court in which the lawsuit was filed: I cant remember

F. Name of Judge to whom case was Assigned: I cant remember

G. Basic claim made: case was dismissed not as frivolous

H. Disposition of this case: the case was dismissed not as frivolous

I. Approximate date of disposition: I cant remember

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: *Hoskins v. Spiller et al.*
*17-CV-1121*

B.    Approximate date of filing lawsuit: *I cant Remember*

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: *was the only plaintiff*

D.    List all defendants: *~~indent the~~ Spiller et al*

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *U.S. Dist court S.D. Ill*

F.    Name of judge to whom case was assigned: *Stephine williston*

G.    Basic claim made: *Eighth & First Amendment claims*

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *case dismissed*

I.    Approximate date of disposition: *I cant Remember*

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Hoskins v. Eowadi et al_
_17-CV-1122_

B. Approximate date of filing lawsuit: _I Cant Remember_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ____
_Wts the only plaintiff_

D. List all defendants: _Eowadi et al_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court S.D. Ill_

F. Name of judge to whom case was assigned: _Reena J Day_

G. Basic claim made: _Retaliation etc claims_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Settled out_

I. Approximate date of disposition: _11/12/20_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _3:18-cv-00005_
_Hoskins v. I.D.O.C_

B. Approximate date of filing lawsuit: _I cant remember_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_was the only plaintiff_

D. List all defendants: _I.D.O.C. employees et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court S.D. Ill_

F. Name of judge to whom case was assigned: _DRH_

G. Basic claim made: _Case dismissed_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Case dismissed_

I. Approximate date of disposition: _I cant remember_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _3:18-CV-00006_
_Hoskins v. I.DioC_

B. Approximate date of filing lawsuit: _I Cant Remember_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Was the only plantiff_

D. List all defendants: _I. DioC employees et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _US Dist Court S.D. Ill_

F. Name of judge to whom case was assigned: _Michael J. Reagan_

G. Basic claim made: _Case dismissed_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Case dismissed_

I. Approximate date of disposition: _I Cant Remember_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Hoskins v. Wilson et al._
_18-CV-01026_

B. Approximate date of filing lawsuit: _1/25/18_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_was the only plaintiff_

D. List all defendants: _Wilson et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court C.D. Ill_

F. Name of judge to whom case was assigned: _James E Shadid_

G. Basic claim made: _case dismissed_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _case dismissed_

I. Approximate date of disposition: _2/26/18_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Hoskins v. Prentice et al._ _18-CV-01027_

B. Approximate date of filing lawsuit: _1/25/18_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _was the only plaintiff_

D. List all defendants: _Prentice et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dict court C.D. Ill_

F. Name of judge to whom case was assigned: _James E. Shadid_

G. Basic claim made: _case dismissed_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _case dismissed_

I. Approximate date of disposition: _2/26/18_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Heskins v. Collier_
_18-cv-01028_

B. Approximate date of filing lawsuit: _1/25/18_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _was the only plaintiff_

D. List all defendants: _Collier et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court C.D. Ill_

F. Name of judge to whom case was assigned: _James E Shadid_

G. Basic claim made: _Case dismissed_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Case dismissed_

I. Approximate date of disposition: _2/26/18_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _Hoskins v. Henderson et al._ _18-CV-01034_

B.    Approximate date of filing lawsuit: _1/26/18_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _Was the only plaintiff_

D.    List all defendants: _Henderson et al_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court C.D Ill_

F.    Name of judge to whom case was assigned: _James E. Shadid_

G.    Basic claim made: _case dismissed_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _case dismissed_

I.    Approximate date of disposition: _2/26/18_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _Hoskins v Pfister et al._
        _18-cv-01035_

B.    Approximate date of filing lawsuit: _1/26/18_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
        _Was the only plaintiff_

D.    List all defendants: _Pfister et al._

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court C.P. Ill_

F.    Name of judge to whom case was assigned: _James E Shadid_

G.    Basic claim made: _Case dismissed_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _case dismissed_

I.    Approximate date of disposition: _2/26/18_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Hoskins v. Jackson_
_18-CV-07036_

B. Approximate date of filing lawsuit: _1/26/2018_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_was the only plaintiff_

D. List all defendants: _Jackson et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court C.D. Ill_

F. Name of judge to whom case was assigned: _James E. Shadid_

G. Basic claim made: _Case dismissed_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Case dismissed_

I. Approximate date of disposition: _2/26/18_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _Hoskins v. ATTG et al_
_18-CV-01037_

B.  Approximate date of filing lawsuit: _1/20/18 2018_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_WAS the only plaintiff_

D.  List all defendants: _ATTG et al._

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court C.D. Ill_

F.  Name of judge to whom case was assigned: _James E Shadid_

G.  Basic claim made: _Case dismissed_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Case dismissed_

I.  Approximate date of disposition: _2/26/18_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *Hoskins v. Jackson et al*
   *18-CV-C7038*

B. Approximate date of filing lawsuit: *1/26/2018*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   *was the only plaintiff*

D. List all defendants: *Jackson et al*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *U.S. Dist court C.D. Ill*

F. Name of judge to whom case was assigned: *James E Shadid*

G. Basic claim made: *case dismissed*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *case dismissed*

I. Approximate date of disposition: *2/26/18*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Heskins V. Jackson et al._
_18-CV-01039_

B. Approximate date of filing lawsuit: _1/20/2018_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_was the only plaintiff_

D. List all defendants: _Jackson et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist Court C.D. Ill_

F. Name of judge to whom case was assigned: _James E Shadid_

G. Basic claim made: _Case dismissed_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Case dismissed_

I. Approximate date of disposition: _2/20/18_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Heskins V. Att/g et al._
_18-CV-01040_

B. Approximate date of filing lawsuit: _1/26/2018_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Was the only plaintiff_

D. List all defendants: _Att/g et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District Court C.D. Ill_

F. Name of judge to whom case was assigned: _James England_

G. Basic claim made: _case dismissed_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _case dismissed_

I. Approximate date of disposition: _2/26/18_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Hoskins v. Thorson et al_ _18-CV-07041_

B. Approximate date of filing lawsuit: _1/26/2018_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _was the only plantiff_

D. List all defendants: _Thorsen et al_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court C.D. Ill_

F. Name of judge to whom case was assigned: _James E Shadid_

G. Basic claim made: _case dismissed_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _case dismissed_

I. Approximate date of disposition: _2/26/18_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.

A. Name of case and Docket number: Hoskins V. Unknown party 18-CV-0221

B. Approximate Date of filing lawsuit: I can't remember

C. List All plaintiff: I was the only plaintiff

D. List all Defendants: I.D.O.C employees

E. Court in which the lawsuit was filed: U.S. Dist court N.D. Ill

F. Name of judge to whom case was assigned: Blakey I believe

G. Basic claim made: case dismissed without prejudice not as frivolous

H. Disposition of this case: the case was dismissed without prejudice not as frivolous

I. Approximate date of disposition: I can't remember

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Hoskins v. Unknown Party_
_18-CV-00744 / 18-CV-0221_

B. Approximate date of filing lawsuit: _I Cant Remember_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Was the only Plaintiff_

D. List all defendants: _I.Dpv.c. employees et al_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District N.D. Il_

F. Name of judge to whom case was assigned: _John Robert Blakey_

G. Basic claim made: _case dismissed_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _case dismissed_

I. Approximate date of disposition: _I Cant Remember_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _Hoskins v. Johnson et al._
_19-CV-1303    3:19-CV-1303_

B.  Approximate date of filing lawsuit: _11/26/19_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_was the only plaintiff_

D.  List all defendants: _Johnson et al._

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District Court S.D. Ill_

F.  Name of judge to whom case was assigned: _Gilbert C. Sisen_

G.  Basic claim made: _Retaliation etc claims._

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _dismissed without prejudice_

I.  Approximate date of disposition: _I cant remember_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ~~FT5 CV 1181~~
   _Hoskins v. Swisher et al. 20-cv-00302_

B. Approximate date of filing lawsuit: _3/31/20 I believe_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _was the only plaintiff_

D. List all defendants: _Swisher et al_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist Court S.D. Ill_

F. Name of judge to whom case was assigned: _Keowa J. Daly_

G. Basic claim made: _Retaliation etc claims_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _the case still pending_

I. Approximate date of disposition: _still pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Hoskins v swisher et al._
_20-CV-00395_

B. Approximate date of filing lawsuit: _4/30/20_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _was the only plaintiff_

D. List all defendants: _Swisher et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court S.D. Ill_

F. Name of judge to whom case was assigned: _MARK A. Bety_

G. Basic claim made: _Retaliation etc claims_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending_

I. Approximate date of disposition: _Still pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: ~~#3 CV-4056~~
      *Hoskins v. Chapman    20-CV-00508*

B.    Approximate date of filing lawsuit: *6/1/20*

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases:
      *Was the only plaintiff*

D.    List all defendants: *Chapman, Rueter*

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *U.S. Dist court S.D. Ill*

F.    Name of judge to whom case was assigned: *Gilbert C. Sison*

G.    Basic claim made: *Eight Amendment etc claims*

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *the case was appealed*

I.    Approximate date of disposition: *In February 2022*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*[If you need additional space for ANY section, please attach an additional sheet and reference that section.]*

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Hoskins v. Swisher et al 20-CV-00522_

B. Approximate date of filing lawsuit: _6/3/20_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _was the only plaintiff_

D. List all defendants: _Swisher et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist. Court S.D. Ill_

F. Name of judge to whom case was assigned: _Gilbert C. Sison_

G. Basic claim made: _Retaliation etc claims_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending_

I. Approximate date of disposition: _Still pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

*[If you need additional space for ANY section, please attach an additional sheet and reference that section.]*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Hoskins v. Swisher et al_
_20-CV-00533_

B. Approximate date of filing lawsuit: _6/5/20_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_was the only plaintiff_

D. List all defendants: _Swisher et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court S.D. Ill_

F. Name of judge to whom case was assigned: _Gilbert C. Sison_

G. Basic claim made: _Retaliation etc claims_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending_

I. Approximate date of disposition: _Still pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Hoskins v. Kvetec et al_
   _20-cv-00549_

B. Approximate date of filing lawsuit: _6/9/20_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _wns the only plaintiff_

D. List all defendants: _Kvetec et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist Court S.D. Ill_

F. Name of judge to whom case was assigned: _Gilbert C. Sison_

G. Basic claim made: _Eighth Amendment etc claims_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _dismissed without prejudice not as frivolous_

I. Approximate date of disposition: _I cant Remember_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _Hoskins v. Shirley et al_
    _20-cv-00560_

B.  Approximate date of filing lawsuit: _6/12/20_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
    _Was the only plaintiff_

D.  List all defendants: _Shirley et al._

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court S.D. Ill_

F.  Name of judge to whom case was assigned: _DWD / REONA J. DALY_

G.  Basic claim made: _First & Eighth Amendment Claims_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _the case still pending_
    _case dismissed without prejudice not as frivolous_

I.  Approximate date of disposition: _I cant remember_
    _the case still pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _Hoskins v. Hess et al._
_20-CV-00575_

B.    Approximate date of filing lawsuit: _6/16/20_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_the only plaintiff_

D.    List all defendants: _Hess et al._

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court S. D. Ill_

F.    Name of judge to whom case was assigned: _DWD_

G.    Basic claim made: _First & Eighth Amendment violations_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ~~the case still pending~~
_Dismissed_

I.    Approximate date of disposition: ~~the case is still pending~~ _4/03/2023_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ~~Hbb-cv-01086~~ _Hoskins V. Rivetor et al. 20-cv-766_

B. Approximate date of filing lawsuit: _8/6/20_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Only plaintiff_

D. List all defendants: _Rivetor et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District S.D. Ill_

F. Name of judge to whom case was assigned: _Nancy J. Rosenstengel NJR_

G. Basic claim made: _Eighth Amendment etc claims_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ~~the case still pending~~ _Dismissed without prejudice but not as frivolous_

I. Approximate date of disposition: ~~I cant remember the case still pending~~

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ~~1:18-cv-07027~~
*Hoskins v. Iueker et al. 20-CV-776*

B. Approximate date of filing lawsuit: *8/10/2020*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
*only plaintiff*

D. List all defendants: *Iueker et al.*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *U.S. District Court S.D. Ill*

F. Name of judge to whom case was assigned: *SPM*

G. Basic claim made: *First Amendment violations*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ~~The case still pending~~
*was dismissed without prejudice Not as frivolous*

I. Approximate date of disposition: *I cant remember* ~~The case still pending~~

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Hoskins v. Brock et al._
_20-CV-00788_

B. Approximate date of filing lawsuit: _8/17/2020_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _WAS the only plaintiff_

D. List all defendants: _Brock et al_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court S.D. Ill_

F. Name of judge to whom case was assigned: _DWP_

G. Basic claim made: _First & Eighth Amendment Claims_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _the case still pending was dismissed without prejudice not as farvelous_

I. Approximate date of disposition: _I don't remember the case still pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*[If you need additional space for ANY section, please attach an additional sheet and reference that section.]*

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    **A.** Name of case and docket number: _Hoskins v. Rodman et al._ _20-cv-01068_

    **B.** Approximate date of filing lawsuit: _10/10/20 I believe_

    **C.** List all plaintiffs (if you had co-plaintiffs), including any aliases: _was the only plaintiff_

    **D.** List all defendants: _Rodman et al_

    **E.** Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District court S.D. Ill_

    **F.** Name of judge to whom case was assigned: _DWD_

    **G.** Basic claim made: _during meal/peanut_

    **H.** Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _dismissed without prejudice but as frivolous_

    **I.** Approximate date of disposition: _I cant remember_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

*[If you need additional space for ANY section, please attach an additional sheet and reference that section.]*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ~~Hoskins v. ~~ _Hoskins v. Mumbower et al. 20-CV-01377_

B. Approximate date of filing lawsuit: _12/30/2020_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _was the only plaintiff_

D. List all defendants: _Mumbower et al_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. Dist court S.D. Ill_

F. Name of judge to whom case was assigned: _Staci M. Yandle_

G. Basic claim made: _First & Eighth Amendment violations_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _the case still pending_

I. Approximate date of disposition: _the case still pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IX. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: *21-CV-00442 Hoskins V. Matthew Johnson*

B. Approximate date of filing lawsuit: *MAY 3, 2021*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *NO CO-plAintiff*

D. List all defendants: *Matthew Johnson et al.*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *U.S. District Court S.D. Ill*

F. Name of judge to whom case was assigned: *SPM*

G. Basic claim made: *During melt fellay cuvt fund constitutional violations*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *the case still pending*

I. Approximate date of disposition: *the case still pending*

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

**5.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _Hoskins v. chapman et al._
   _21-CV-00620_

B. Approximate date of filing lawsuit: _June 17th 2021_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Im the only plaintiff_

D. List all defendants: _NAthAN Chapman et al._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District court S.D. Illinois_

F. Name of judge to whom case was assigned: _Sison_

G. Basic claim made: _during merit review court found constitution violations_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _the case still pending_

I. Approximate date of disposition: _the case still pending_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

A. Name of case and docket number: Hoskins v. Bartolotti et al. 21-CV-00664

B. Approximate date of filing lawsuit: I can't remember 6/21/2021 I believe

C. List all plaintiffs: No - co plaintiff

D. List all Defendants: Michael Bartolotti et al.

E. Court in which the lawsuit was filed: U.S. Dist court S.D. Ill

F. Name of Judge to whom case was assigned: Stephen P. McGlynn

G. Basic claim made: During merit review court found constitution violations

H. Disposition of this case: still pending

I. Approximate date of disposition: still pending

A. Name of case and docket number: Hoskins v. Bretelotti et al. 21-CV-00683

B. Approximate date of filing lawsuit: I can't remember 6/22/2021 I believe

C. list all plaintiff: No. co-plaintiff

D. list all Defendants: Michael Bretelotti et al.

E. court in which the lawsuit was filed: U.S. Dist court S.D. Illinois

F. Name of Judge to whom case was assigned: David W. Dugan

G. Basic claim made: during merit review court found constitutional violations

H. Disposition of this case: still pending

I. Approximate date of disposition: still pending

A. Name of case and docket number: Hoskins v. Bartolotti et al. 21-cv-00693

B. Approximate date of filing lawsuit: I can't remember

C. List all plaintiffs: No. co-plaintiff

D. List all. Defendants: Michael Bartolotti et al.

E. Court in which the lawsuit was filed: U.S. Dist court S.D. Ill

F. Name of Judge to whom case was assigned: Stael M. Yandle

G. Basic claim made: duely merit review court found constitutional violations

H. Disposition of this case: still pending

I. Approximate date of disposition: still pending

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.**     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 1/18/2006 Chicago police officer Corey Anderson and other officers from the 7th District police station. Called me an a Individual who I was crossing 69th perry street with to their police ctr. we were searched by these officers a revolver pistol was recovered from the individual who I was walking down 69th street with, they placed handcuffs on the both of us placed us in their marked squad police ctrs transported us to the 7th District police station. While being in the police station. Officer Corey Anderson stated to me that a officer morris brown told him he knew me, he assumed I attempted to hit him with a) base ball bat in october of 2004 near 67th Emerald street wasn't fore sure but he struck me in the head with a baton and charged me with a assault on a peace officer. Officer morris tall height male black dark Brown looked at me and stated yeah corey thats him hook his ass up for something say he was also seen with that pistol since I assumed that he wanted to hit me with that base ball bat in october 2004. Officer Anderson stated I'll do that but im gonna let him know somethings. officer corey Anderson stated to me that although he get the 32 caliber revolver off the individual who I was walking with he still was gonna charge me with being in possession of the 32 caliber revolver pistol because of what officer morris brown had stated to him infront of me and he knew he could have gotten a felony arrest and conviction out of me and believed that the Juvenile individual might been holding the revolver pistol for me, that he was gonna charge the other individual with the revolver pistol to but he wasn't gonna get a felony

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(it should be Noted Corey Anderson (C.P.D) wore glasses Dark light skin complexion had short hair style [If you need additional space for ANY section, please attach an additional sheet and reference that section.])

arrest nor conviction. then asked me why did the individual have the gun I stated that I didn't know and if I did I wouldn't been with him, because I was headed to college to become a police officer and couldn't afford to catching criminal cases and convictions Officer Corey Anderson stated off once I charge you with this gun (32 caliber revolver pistol) you gonna have felony arrest and convictions and thats gonna prevent you from getting a good Job like that and any other good Job and im gonna lie and state that I had a witness who saw you with the gun. im Not to happy to hear that. In october 2004 you had a baseball bat in your hand walking in the direction of officer Morce's Brown who thought you was gonna hit him I work here at this station with him as you see and known him many years. I get get you back since you aint get No felony arrest and conviction for that case he charged you with as a Juvenile. Officer Corey Anderson charged me with unlawful use of weapon, aggravated unlawful use of weapon, 7 counts and Reckless Discharge of a firearm which was a class #3 felony with the additional counts and charges Officer Corey Anderson stated at the preliminary hearing that was held at the second (2nd) District chicago police station that he never recovered the 32 caliber revolver pistol out of my person, possession that he arrested me due to a witness claiming he saw me in possession and shot the gun. On 2/23/2006 after my public defender told me that if I went to trial on the case I would been found guilty based on my prior Juvenile History that would been used agaihts me that the trial court would had believed officer Corey Anderson No matter if I was innocent and would had serve over 2 years in prison that it was best for me to plead guilty. Out of fear I pled guilty to 2 years Probation the case number in that case was 06 CR-2990 this conviction was used

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

in aggravation to get me convicted and giving a significant sentence in prison in seven other cases **and** also was used to prevented me from getting relief in unrelated civil matters. I had served 36 days in the cook county jail prior to being released out on 2 years probation with it being noted that if I violated the probation I had to serve 2 1/2 year I.D.O.C. if I violated the probation, it should be stated in this complaint that my conviction in the case# 06 CR 2990 was vacated as being void and unconstitutional pursuant to people v. Aguilar, 2013 I 112116 and people v. Green, 2018 I App(1st) 143874 although the named officers falsified fabricated their arrest aghints me. it should be noted that in the year 2009 I didn't know about the post conviction petition for relief in the circuit court of cook county. due to me being innocent of the case mentioned in the complaint I sent a written letter to Judge thomas Davy at Bridgeview (this) cook county court asking that this case be reopened my written reqwest (the) was denied. and the case aghin was vacated as void and unconstitutional due to the entire time I was arrested and convicted of the criminal charge that I was charged with as mentioned in this complaint I had daily stress, manic depression, suicidle depression couldn't focus, function, think, lack of exercise, sleep, couldn't eat, cried daily, was very angry, antisocial, talked to myself. the weapons charged mentioned in this complaint prevented me from being housed in minimum security facilities while being in the illinois department of corrections facilities I could receive education nor facilities jobs to earn money while being in prison and it was difficult for me to get a job in society due to the charge as stated in this complaint

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I wish to be rewarded monetary compensation in the amount of $16,000,000. (sixteen million dollars) in compensatory damages and $18,000,000 (Eight teen million dollars) In punitive damages from each defendant and for each defendant to be held liable in their individual and official capacities for the severe emotional distress the defendant(s) had caused the plaintiff and his family, and for the sufferings in its entirety as stated in the plaintiff complaint.

VI.    The plaintiff demands that the case be tried by a jury.  ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _11th_ day of _May_, 20_23_

_____

_Joshua Hosh_
(Signature of plaintiff or plaintiffs)

_Joshua Hoskins_
(Print name)

_R54570_
(I.D. Number)

_Dixon Correctional center_
_2600 N. Brinton Ave_
_Dixon Il 61021_
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



UNITED STATES DISTRICT COURT

_Northern_ DISTRICT OF ILLINOIS

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading to the U.S. District Court for _Northern_ District of Illinois for review and filing

_Joshua Hoskins_                    _R54570_

Name                                ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?          (Yes) or No

    If this is a habeas case, please circle the related statute:  28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?          Yes or No

    If yes, please list case number:  _____

    If yes, but you do not know the case number, mark here:  _____

3.  Should this document be filed in a pending case?          Yes or No

    If yes, please list case number:  _____

    If yes, but you do not know the case number, mark here:  _____

4.  Please list the total number of pages being transmitted:  _____

5.  If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages;  Complaint, 28 pages.

    Name of Document                              Number of Pages
    _New Complaint Section 1983_                  _63_

    _____                       _____

    _____                       _____

    _____                       _____

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.